CHARLES T. ARNOLD, Respondent, *v.* CENTRAL NEW ENGLAND
RAILWAY COMPANY, Appellant.

*Arnold* v. *Central New England Ry. Co.*, 133 App. Div. 918, affirmed.
(Submitted October 19, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 11, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for the killing of a horse
through the alleged negligence of defendant.

*Charles M. Sheafe, Jr.*, for appellant.

*W. Farrington* and *George Card* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and CHASE, JJ.

---

LE ROY PLOW COMPANY, Respondent, *v.* FRED W. MILLER,
Appellant.

*Le Roy Plow Co.* v. *Miller*, 123 App. Div. 910, affirmed.
(Argued October 20, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
December 16, 1907, affirming a judgment in favor of plaintiff
entered upon the report of referee in an action to restrain the
defendant from using certain trade marks.

*David N. Salisbury* and *John H. Agate* for appellant.

*Daniel M. Beach* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and CHASE, JJ.